No. 318. W. R. B. Corp. et al. v. Geer, doing business as Odell Geer Co., et al. C. A. 5th Cir. Certiorari denied. *Robert C. Howell* for petitioners. *Coleman Gay* for respondents.

No. 319. Scurlock et al. v. Meltzer; and
No. 326. Sloan et al. v. Meltzer. C. A. 4th Cir. Certiorari denied. *Armistead L. Boothe, Ganson Purcell, John A. Beck* and *Louis Koutoulakos* for petitioners in No. 319. *Charles S. Rhyne, Edward D. Means, Jr.,* and *Courts Oulahan* for petitioners in No. 326. *William E. Haudek, Mordecai Rosenfeld* and *Rutherford Day* for respondent. Reported below: 330 F. 2d 946.

No. 320. Allen v. United States. C. A. 1st Cir. Certiorari denied. *R. J. Shortlidge, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 322. Carter et al. v. United States. C. A. 8th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox* for the United States.

No. 324. Local 1566, International Longshoremen's Association, AFL–CIO v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 331. Shapiro v. Leach et al. C. A. 6th Cir. Certiorari denied. *Cecile J. Shapiro,* petitioner, *pro se.*